| | |
|---|---|
| Izaak D. Schwaiger, SBN 267888<br>SCHWAIGER LAW FIRM<br>130 Petaluma Ave., Ste. 1A<br>Sebastopol, CA 95472<br>Telephone: (707) 595-4414<br>Facsimile: (707) 581-1983<br>izaak@izaakschwaiger.com | Alison Berry Wilkinson, SBN 135890<br>BERRY WILKINSON LAW GROUP<br>165 North Redwood Dr., Ste. 206<br>San Rafael, California 93903<br>Telephone: (415) 259.6638<br>Facsimile: (877) 259.3762<br>alison@berrywilinson.com |
| John Houston Scott, SBN 72578<br>SCOTT LAW FIRM<br>1388 Sutter Street, Ste. 715<br>San Francisco, CA 94109<br>Tel: (415) 561-9601<br>Fax: (415) 561-9609<br>john@scottlawfirm.net | Attorney for Defendant<br>CHARLES BLOUNT |
| | Noah G. Blechman, SBN 197167<br>Randolph S. Hom, SBN 152833<br>MCNAMARA, NEY, BEATTY, SLATTERY<br>BORGES & AMBACHER LLP<br>3480 Buskirk Ave, Ste. 250<br>Pleasant hill, CA 94523<br>Telephone: (925) 939-5330<br>Facsimile: (925) 939-0203<br>noah.blechman@mcnamaralaw.com<br>randolph.hom@mcnamaralaw.com |
| Attorneys for Plaintiffs<br>ESTATE OF WARD, et al | |
| DALE L. ALLEN, JR., SBN 145289<br>KEVIN P. ALLEN, SBN 252290<br>ALLEN, GLAESSNER, HAZELWOOD &<br>WERTH, LLP<br>180 Montgomery Street, Ste. 1200<br>San Francisco, CA 94104<br>Telephone: (415) 697 2000<br>Facsimile: (415) 813-2045<br>dallen@aghwlaw.com<br>kallen@aghwlaw.com | Attorneys for Defendants<br>COUNTY OF SONOMA, MARK ESSICK,<br>JASON LITTLE |
| Attorneys for Defendant<br>ANDREW BAUER | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DAVID WARD, by and through successor in interest, ERNESTINE WARD and ERNESTINE WARD INDIVIDUALLY<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SONOMA, MARK ESSICK, CHARLES BLOUNT, JASON LITTLE, ANDREW BAUER, and DOES 1-25, inclusive<br><br>    Defendants. | Case No. 4:20-cv-03400-YGR<br><br>**NOTICE OF SETTLEMENT** |

The parties are pleased to report that this matter has settled in all respects, subject to the ordinary contingency of approval. Defendants are preparing a written settlement agreement. Following the execution of that agreement by all parties and the satisfaction of all material terms thereof, the parties will file a request for dismissal of the action with prejudice. In the light of the settlement, the parties request the Case Management Conference now scheduled for March 16, 2021 be vacated.

Respectfully submitted,

DATED: March 10, 2021  SCHWAIGER LAW FIRM

By: <u>///Izaak D. Schwaiger///</u>

Izaak D. Schwaiger
Attorney for Plaintiffs

DATED: March 10, 2021  SCOTT LAW FIRM

By: <u>///John H. Scott///</u>

John H. Scott
Attorney for Plaintiffs

DATED: March 10, 2021  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By: <u>///Dale L. Allen, Jr.///</u>

Dale L. Allen, Jr.
Attorney for Defendant
Andrew Bauer

DATED: March 10, 2021  BERRY WILKINSON LAW GROUP

By: <u>///Alison Berry Wilkinson///</u>

Alison Berry Wilkinson
Attorney for Defendant
Charles Blount

DATED: March 10, 2021  MCNAMARA, NEY, BEATTY,

|   |   |   |
|---|---|---|
|   |   | SLATTERY, BORGES & AMBACHER LLP |
|   | By: | *//Noah G. Blechman//* |
|   |   | Noah G. Blechman<br>Attorney for Defendants<br>County of Sonoma, Mark Essick, and Jason Little |