# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DAVID WARD, by and through successor in interest, ERNESTINE WARD and ERNESTINE WARD INDIVIDUALLY<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, MARK ESSICK, CHARLES BLOUNT, JASON LITTLE, ANDREW BAUER, and DOES 1-25, inclusive<br><br>Defendants. | Case No.:  20-CV-3400 YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE DEADLINE** |

The parties have notified the Court that the above-captioned case has resolved.  (Dkt. No. 33.) Accordingly, all pending motion, case management, and trial dates are **VACATED**.  A compliance deadline of **9:01 a.m.** on **Friday, May 21, 2021**.

Five (5) business days prior to the date of the compliance deadline, the parties shall file either (a) a Stipulation of Dismissal or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the compliance deadline will be taken off calendar.

**IT IS SO ORDERED.**

Dated:  **March 12, 2021**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**